I, Justin Dewayne Oglesby, hereby ask that the court grant me the 30-Day temporary waiver to obtain the credit counseling briefing certification due to the following for the exigent circumstances:

1. I work Monday to Friday, 7AM to 3:30PM and the only times I have found available for the counseling were during those business hours.
2. I also am the sole caregiver taking care of my elderly mother who has congestive heart failure and on some of the days that I have been available, I have had to assist with taking her to Doctor's appointments and helping with household chores such as grocery shopping, cleaning, etc.
3. I have signed up for the counselling through the following approved vendor, and I am currently working on trying to obtain the certification with them and should be able to complete it within the next 10-14 business days to submit it ahead of the waiver deadline: American Consumer Credit Counselling.
4. Once completed, I will submit my certificate and have completed this portion of the Bankruptcy case filing process.

FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS
08/12/26 4:44 pm
LINDA McCORMACK, CLERK
By: LisaWilliams
DEPUTY CLERK

Justin Dewayne Oglesby
08/12/2026
·1694

1 page OTC LW